John O. Avery, ISB #3407  
Jonathon Mark Avery, ISB #9642  
Ryan Farnsworth, ISB #8885  
Justin D. Jones, ISB #9947  
Avery Law  
770 S. Woodruff  
Idaho Falls, ID 83401  
Telephone: (208) 639-9400  
Facsimile: (208) 524-2051  

Attorney for Debtor  

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF IDAHO  

| In Re: | ) | |
|---|---|---|
| | ) | Case No. 18-00584 |
| Robert Horton | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| Debtor | ) | |
| | ) | |

DEBTOR'S VOLUNTARY MOTION TO DISMISS

COMES NOW Robert Horton, Debtor herein, by and through Justin Jones of Avery Law, and respectfully requests that the Court dismiss his Chapter 13 case pursuant to Title 11 U.S.C. Section 1307(b). There is not a pending Motion to Dismiss or Motion for Relief of Stay in this case. //end of text//.

DATED this 8th day of May, 2018.

/s/ _____  
Attorney for Debtor

MOTION TO DISMISS CHAPTER 13